United States District Court
Southern District of New York

---

OCWEN LOAN SERVICING, LLC

                Plaintiff,        13 Civ. 104 (JGK)

  - against -                  MEMORANDUM OPINION
                                            AND ORDER

STATE STREET BANK AND TRUST COMPANY,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The plaintiff alleges diversity jurisdiction pursuant to 28 U.S.C. § 1332. The complaint describes the plaintiff as a limited liability company. A limited liability company has the citizenship of each of its members for the purposes of diversity jurisdiction. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000). The plaintiff should therefore advise the Court as soon as possible as to the citizenship of each of the members of this limited liability corporation.

SO ORDERED.

Dated:    New York, New York
            January 14, 2013

                                                  John G. Koeltl
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/14/13